IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

FILED
Jan 27 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 3:23-mj-10 |
| | ) | |
| DERRICK BROWN, | ) | |
| | ) | |
| *Defendant.* | ) | |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION
FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kevin Checkett, being duly sworn, depose and say:

**INTRODUCTION**

1.      I am a Special Agent and have been employed by the Federal Bureau of Investigation ("FBI") since February 2022. I am currently assigned to the Eastern District of Virginia, Richmond Division. As part of my duties, I investigate violations of federal law, including public corruption, violent crimes against children (VCAC), and civil rights. I have gained experience in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have personally participated in the execution of arrest and search warrants. I am authorized to obtain and execute federal arrest, search and seizure warrants.

2.      The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my

experience, training, and background as a Special Agent with the FBI.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that Derrick Brown, committed the below-described offense, I have not included every detail of the investigation.  In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part.  The following is true to the best of my knowledge and belief.

3.      I present this affidavit in support of a Criminal Complaint alleging a violation of Title 18, United States Code, Section 1466A(b), Possession of the Obscene Visual Representation of the Sexual Abuse of Children, by Derrick BROWN.

## Facts and Circumstances

1.      Derrick BROWN, date of birth xx/xx/1973, is a federal inmate serving a term of imprisonment at Federal Correctional Complex Petersburg (hereafter, "FCC Petersburg"), a federal prison in Hopewell, Virginia, which is located in the Eastern District of Virginia. BROWN's Federal Inmate Number is 63421-053.

2.      On or around August 2, 2022, BROWN was scheduled to be released from FCC Petersburg to a halfway house.  Before an inmate is released to a halfway house, however, a search of the inmates' property is conducted.

3.      On or around August 2, 2022, as part of BROWN's impending release from FCC Petersburg, BROWN was escorted to Receiving and Discharge ("R&D") for processing and a routine search of his belongings.  Bureau of Prisons ("BOP") Officer Ronald Johnson (hereafter, "Johnson") conducted a search of Brown's possessions, and during the course of that search, Johnson confiscated approximately 90 pages of risk relevant material.

4.      On or around September 15, 2022, Johnson was interviewed by special agents with the FBI regarding his search of BROWN's possessions on August 2, 2022.  Johnson stated that, before searching BROWN's property, Johnson asked BROWN for his name and inmate number to verify BROWN's identity.  Thereafter, Johnson asked BROWN to place and spread out his property on the table. Johnson observed that BROWN had stacks of papers in envelopes that BROWN put on the table.  Johnson said that there was one stack of papers on the table and one stack of papers on the floor.  While searching the property BROWN placed on the table, Johnson noticed BROWN was on the floor tearing up drawings until Johnson noticed and asked BROWN to stop. Johnson described the torn drawings as "child pornography."

5.      Johnson also came across inappropriate drawings among the paperwork that BROWN had in the envelopes.  Johnson said that some of these drawings were in color while others were black and white. Johnson stated that he saw graphic drawings of children with adults. Johnson remembered a drawing of a fully naked adult male climbing through a window into a bedroom with children inside. Johnson remembered another drawing that depicted a female child upside down with her legs wrapped around an adult male's head, with the child's "private area" in the male adult's face and the male adult's "private area" in the child's face.

6.      Johnson brought the risk relevant items to the Psychology Department within FCC Petersburg for assessment.

7.      A review from FCC Petersburg Psychology Department concluded that the risk relevant items found during the search of BROWN's property depicted pre-pubescent children engaged in sexually explicit acts with adults sometimes in groups and sometimes showing pain and tears. Approximately 75 pages of hand-drawn images remain intact. Several of these images depicted the ages of the children or labeled the children in the image as "pre-teen." One drawing

showed an adult male—wearing head gear with "Assthrasher" written on it—anally penetrating a young girl who is asking him to stop.

8.      On or around August 31, 2022, an FBI Special Agent reviewed the evidence seized from BROWN by FCC Petersburg staff. This material included approximately 75 hardcopy images constituting category three sexual abuse material and approximately 15 hardcopy torn images showing partial sexual acts or genitalia. Category three sexual abuse material includes computer generated, animated, hand drawn, or sketched images of children engaged in sexual acts. One of the seized hardcopy images depicts two female children laying on a bed with two teddy bears next to them and a Hello Kitty symbol on their lamp. The female children have underdeveloped breasts. A fully nude adult male is climbing into the window with his penis towards the front of the image and semen dripping off of his penis. There is handwritten text around the drawing. A portion of the text reads "…We can't go to sleep until you come, we made room for you and we took off our night gowns and panties like you like."

9.      Another seized hand-drawn image depicts one adult male surrounded by approximately 22 female children. One female child is being penetrated anally by the adult male with an erect penis. The adult male is nude and wearing a helmet that reads "Assthrasher," and the female children are all nude with underdeveloped breasts and genitalia. There is handwritten text on the top left side of the image that reads, "Cornhole Day continues 7 through 9 Luckyest Pervert." Additionally, a text bubble from the adult male's mouth reads, "Oh Fuck yeah! Bend over for me baby! Heather I'm gonna stuff your hot oreo cookie! Then I'm gonna fill you with this hot cream filling! Who's next?"

10.     On or around October 5, 2022, FBI Special Agents interviewed BROWN at FCC Petersburg. BROWN stated that he ordered pictures of models through magazine companies that

were labeled as 18 years-old and above, but that the models looked younger because they had braces or ponytails. BROWN knew he was not supposed to have the pictures in the prison due to it being BOP risk relevant material. BROWN told the agents that he was in prison because he was originally charged for possession of child pornography. BROWN said he got movies and videos of child pornography from "pirate bay" on Yahoo. When BROWN viewed child pornography, he was not affected because he viewed all pornography as the same, no matter the age. Watching pornography was a stress relief for BROWN. BROWN stated he masturbated to adult pornography and anime pornography, but he did not masturbate to child pornography. BROWN also stated that if had wanted to masturbate to the child pornography, he could, because BROWN was sexually aroused by child pornography and had masturbated to child pornography before.

11.     During the interview, BROWN was shown the envelope that the hand drawn images were found in. BROWN stated that this envelope was in fact the envelope BROWN had found in his bag. BROWN stated that he found the envelope when he got to R&D, and that when BROWN had opened the envelope, he noticed the hand drawn images and started to tear them up because he did not want them. BROWN was then shown the hand drawn images and BROWN stated that he had not seen them before. BROWN identified the females in the images as being approximately nine or ten years old. BROWN stated that he had not purchased child pornography while in prison. BROWN stated that he had not seen these hand drawn images in his cellmates' possession. BROWN stated that the hand-drawn images were in his possession when he got to R&D, but that BROWN did not put them in his belongings.

12.     BROWN shared a cell with three other FCC Petersburg inmates on the day that BROWN was processed out through R&D. BROWN's cell mates were all interviewed by FBI Special Agents. BROWN's cellmates denied having previously seen the hand-drawn images, and

each denied that the images belonged to them. The cellmates also denied having seen BROWN previously possess these particular images or child pornography. Two of BROWN's cellmates described him as a "hoarder," and each of the cellmates advised the FBI that the cellmate had seen BROWN possess pictures of women in lingerie and/or bikinis.

13.   In addition to BROWN's cellmates, special agents with the FBI also interviewed Inmate T.J., who is also incarcerated at FCC Petersburg, because T.J.'s name and register number appeared on a gray envelope BROWN had possessed when BROWN was searched by Johnson at R&D on or about August 2, 2022. That gray envelope contained some of the hand-drawn images depicting prepubescent children engaged in sexually explicit conduct. On the gray envelope, T.J.'s name and register number had been scratched out with a permanent marker, although the name and register number were still visible.

14.   During the interview with the FBI, T.J. described BROWN as a hoarder, explaining that BROWN kept tons of different magazines or anything with women or children on it. T.J. stated that BROWN had a habit of buying "compound pictures" in prison of adult women posing provocatively, and that these adults looked younger and might be under the age of 18. T.J. also stated that T.J. knew BROWN had compound pictures and admitted that he (T.J.) had previously sold BROWN such compound pictures. When asked about the gray envelope with T.J.'s name and register number, T.J. said that he had seen the envelope before. T.J. said that the envelope came from medical, and T.J. scratched out T.J.'s name and register number and threw the envelope in the trash. T.J. stated that inmates were known to take stuff out of the trash.

15.   Special agents with the FBI also showed T.J. several of the hand-drawn images that were seized from BROWN on or about August 2, 2022. T.J. said that he had not seen the drawings previously, and that he had not placed the images in BROWN's belongings.

16.    Prior to the discovery of hand-drawn images in BROWN's possession on August 2, 2022, BROWN had previously been found in the possession of risk relevant material while incarcerated. On or around May 18, 2022, a BOP Officer conducted a cell search of BROWN's cell and found risk relevant material in the bottom of BROWN's locker. The risk relevant material, which was later reviewed by FCC Petersburg's Psychology Department, included a photo album containing 19 sexual pictures, 15 separate sexual pictures that were not in a photo album, 6 hand-drawn sexual images, printed documents with descriptions of sex acts, a notebook that contained computer information for child pornography, and three books that were sexual in nature. BROWN admitted to BOP staff that all items seized during the May 18th search (and reviewed by Psychology) belonged to BROWN.

17.    FCC Petersburg Inmate A was BROWN'S cell mate when BROWN was interviewed by the FBI following the discovery of obscene images in BROWN's possession on August 2. On or about November 4, 2022, Inmate A submitted a letter to BOP staff that reported that BROWN had admitted (to Inmate A) to purchasing drawings that depicted the sexual penetration of children from another inmate. The letter stated:

> First of all, it has required every ounce of strength of will to tolerate the individual I have had as a cellmate for the last 6+ weeks. That being said, I feel he, Derrick J[.] Brown, should not be permitted to return to society anytime soon. The most repulsive, disturbed, and unrepentant creature I have encountered in the last 18 years. Not only does he speak of fleeing to Mexico if released. He admitted to purchasing drawings of child penetration from an inmate named [redacted] that were in his file folder, which is far different from the statement that he told the FBI about them 'being planted.' I would be happy to serve as a witness to any proceedings where I could assist in protecting the public from a predator.

18.    On or around January 9, 2023, Inmate A was interviewed by an FBI Special Agent. Inmate A stated that when BROWN came back into their shared cell after BROWN's interview with the FBI, BROWN was "panicked and strategizing" on how to get himself out of

harm's way for prosecution. BROWN told Inmate A that the hand drawn images he was caught with were a common behavior for him and they included penetration. Inmate A and BROWN would talk about child pornography to the point where Inmate A did not believe that BROWN was attracted to adults. Inmate A said that the more Inmate A learned about BROWN, the more uncomfortable Inmate A became.

19.    BROWN has a BOP release date of January 31, 2023.

## CONCLUSION

20.    Based on a review of this case, and based on my knowledge and experience, I submit that there is probable cause to believe Derrick BROWN has committed the crime of Possession of the Obscene Visual Representation of the Sexual Abuse of Children, in violation of Title 18, United States Code, Section 1466A(b).

21.    In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint and Arrest Warrant for DERRICK BROWN.


_____
Kevin Checkett
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed telephonically this __27th__ day of January 2023.


___/s/___ MRC_____
Hon. Mark R. Colombell
U.S. Magistrate Judge